UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **THE CITY OF CHICAGO,**<br><br>                 *Plaintiff*,<br>    v.<br><br>**ATTORNEY GENERAL OF THE UNITED STATES,**<br><br>                 *Defendant*. | Civil Action No. 1:18-cv-06859<br><br>Hon. Harry D. Leinenweber |

**DEFENDANT'S MOTION FOR PARTIAL DISMISSAL**

The defendant, by his undersigned counsel, hereby moves for partial dismissal of this action under Rule 12(b)(1) and Rule 12(b)(6) of the Federal Rules of Civil Procedure. Defendants seek dismissal of the following:

(1) plaintiff's claims regarding the public-disclosure condition in the Fiscal Year ("FY") 2018 Edward Byrne Memorial Justice Assistance Grant Program ("Byrne JAG Program");

(2) plaintiff's claims regarding the requirement to certify that an applicant in the FY 2018 Byrne JAG Program has no laws or policies that impede the exercise of federal authority under 8 U.S.C. §§ 1226(a), (c), 1231(a)(4), 1324(a), 1357(a), or 1366(1), (3);

(3) plaintiff's request for a declaration that it complies with 8 U.S.C. § 1324; and

(4) plaintiff's claim regarding the appointment of former Acting Attorney General Matthew G. Whitaker.

Plaintiff's claim regarding the public-disclosure condition should be dismissed under Rule 12(b)(6); plaintiff's claim regarding the FY 2018 certification requirement and the City's request for a declaration that it complies with Section 1324 should be dismissed under Rule

12(b)(1); and plaintiff's claim regarding the appointment of the former Acting Attorney General should be dismissed under both Rule 12(b)(1) and Rule 12(b)(6).

Dated: March 1, 2019

          Respectfully submitted,

          JOSEPH H. HUNT
          Assistant Attorney General

          JOHN R. LAUSCH, JR.
          United States Attorney

          JOHN R. TYLER
          Assistant Branch Director

          /s/ W. Scott Simpson
          _____

          W. SCOTT SIMPSON
          Senior Trial Counsel

          Department of Justice, Civil Division
          318 South Sixth Street, Room 244
          Springfield, Illinois 62701
          Telephone:   (202) 514-3495
          Facsimile:    (217) 492-4888
          E-mail:       scott.simpson@usdoj.gov

          COUNSEL FOR DEFENDANT