# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.1
### Eastern Division

The City of Chicago

                Plaintiff,

v.　　　　　　　　　　　　　　　　　Case No.: 1:18−cv−06859
　　　　　　　　　　　　　　　　　　　Honorable Harry D. Leinenweber

Jefferson Beauregard Sessions III, et al.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, August 6, 2019:

     MINUTE entry before the Honorable Harry D. Leinenweber: Ruling on motion hearing held. MOTION for Leave to Cite Supplemental Authority [75] is granted. Mailed notice(maf)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.