UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| THE CITY OF CHICAGO,<br><br>                              Plaintiff,<br><br>   v.<br><br>WILLIAM P. BARR, in his official capacity as the Attorney General of the United States,<br><br>                            Defendant. | Civil Action No. 1:18-cv-6859<br><br>Hon. Harry D. Leinenweber |

## MOTION FOR LEAVE TO WITHDRAW

Pursuant to Local Rule 83.17, attorney Tal C. Chaiken of Riley Safer Holmes & Cancila LLP respectfully moves to withdraw as one of counsel for Plaintiff The City of Chicago. The City of Chicago will continue to be represented by attorneys from Wilmer Cutler Pickering Hale and Dorr LLP, Riley Safer Holmes & Cancila LLP, and the City of Chicago Department of Law.

DATED: September 25, 2019

Respectfully submitted,

/s/ *Tal C. Chaiken*

Tal C. Chaiken
RILEY SAFER HOLMES & CANCILA LLP
70 W. Madison Street, Suite 2900
Chicago, IL 60602
t (312) 471-8725
f (312) 471-8701
tchaiken@rshc-law.com

**CERTIFICATE OF SERVICE**

     I hereby certify that on September 25, 2019, I electronically filed the foregoing document with the U.S. District Court, Northern District of Illinois, using the CM/ECF system, which will send notification of such filing to all parties of record.

                                                        /s/ *Tal C. Chaiken*
                                                        Tal C. Chaiken