IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **THE CITY OF CHICAGO**, *Plaintiff*, v. **WILLIAM P. BARR**, Attorney General of the United States., *Defendant*. | Civil Action No. 1:18-cv-06859 Hon. Harry D. Leinenweber |

## NOTICE OF APPEAL

Notice is hereby given that Defendant William P. Barr, in his official capacity as Attorney General of the United States, appeals to the United States Court of Appeals for the Seventh Circuit from this Court's Final Judgment and Order entered on October 10, 2019 (Docket No. 86).

Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General

BRIGHAM J. BOWEN
Assistant Branch Director

/s/ Daniel D. Mauler
DANIEL D. MAULER
Virginia State Bar No. 73190
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20001
Tel: (202) 514-8095
Fax: (202) 616-8470
E-mail: dan.mauler@usdoj.gov
*Counsel for Defendants*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| THE CITY OF CHICAGO,<br><br>Plaintiff,<br><br>v.<br><br>WILLIAM P. BARR, Attorney General of the United States,<br><br>Defendant. | Case No. 18 CV 06859<br><br>Judge Harry D. Leinenweber |

## FINAL JUDGMENT AND ORDER

Now, this 10th day of October 2019, for the reasons set forth in the Court's Memorandum Opinion of September 19, 2019 (Dkt. 80), it is hereby **ORDERED** that judgment be entered in favor of Plaintiff, the City of Chicago (the "City" or "Chicago"), and against Defendant, William P. Barr, in his official capacity as Attorney General of the United States. Consistent with Federal Rule of Civil Procedure 65 and 5 U.S.C. § 706, the Court grants the City declaratory and injunctive relief as set forth below.

Through this lawsuit, the City challenges the Attorney General's decision to attach six conditions to the FY 2018 Edward Byrne Memorial Justice Assistance Grant ("Byrne JAG"), specifically:

> 1. The "Notice Condition" requires that Byrne JAG recipients "provide— as early as practicable… —advance notice to [the Department of Homeland Security (DHS)] of the scheduled release date and time for a particular alien, if a State or local government (or government-contracted) correctional facility receives from DHS a formal written request pursuant to the INA that seeks such advance notice."

1

2. The "Access Condition" requires that Byrne JAG recipients permit federal government agents "access to any State or local government (or government-contracted) correctional facility by such agents for the purpose" of "interrogat[ing] any alien or person believed to be an alien as to his [or her] right to be or to remain in the United States."

3. The "Section 1373 Compliance Condition" requires that Byrne JAG recipients certify compliance with 8 U.S.C. § 1373.

4. The "Section 1644 Compliance Condition" requires that Byrne JAG recipients certify compliance with 8 U.S.C. § 1644.

5. The "Harboring Condition" prohibits Byrne JAG recipients from making any "public disclosure… of any federal law enforcement information in a direct or indirect attempt to conceal, harbor, or shield from detection any fugitive from justice under 18 U.S.C. ch. 49, or any alien who has come to, entered, or remains in the United States in violation of 8 U.S.C. ch. 12—without regard to whether such disclosure would constitute (or could form a predicate for) a violation of 18 U.S.C. 1071 or 1072 or of 8 U.S.C. 1324(a)."

6. The "Additional Certification Requirement" requires the recipient jurisdiction to submit "Certifications and Assurances by the Chief Executive of the Applicant Government." The condition incorporates a requirement that the City's Chief Legal officer certify that "neither the jurisdiction nor any entity, agency, or official of the jurisdiction has in effect … any law, rule, policy, or practice that would apply to the 'program or activity' to be funded … that would or does—(a) impede the exercise by federal officers of authority under 8 U.S.C. § 1357(a); or (b) impede the exercise by federal officers of authority relating to 8 U.S.C. § 1226(a) or (c), 8 U.S.C. § 1231(a), or 8 U.S.C. § 1366(1) or (3)."

These conditions are referred to herein as the "Challenged Conditions."

## I. DECLARATORY RELIEF

For the reasons stated in the Court's aforementioned Memorandum Opinion, the Court declares that 8 U.S.C. §§ 1373 and 1644 violate the Tenth Amendment's anticommandeering principles and are therefore facially unconstitutional.

The Court further declares that the Attorney General exceeded the authority delegated by Congress in the Byrne JAG statute (34 U.S.C. § 10151 et seq.) and in 34 U.S.C. § 10102(a), in attaching the Challenged Conditions to the FY 2018 Byrne JAG grant.

Finally, the Court declares that the Attorney General's decision to attach the Challenged Conditions to the FY 2018 Byrne JAG grant violated the constitutional principle of separation of powers.

## II. PERMANENT INJUNCTION

For the reasons stated above and in the Court's Memorandum Opinion, it is hereby **ORDERED** that the Attorney General's decision to attach the Challenged Conditions to the FY 2018 Byrne JAG grant is set aside and shall have no legal effect. The Attorney General is enjoined from denying or delaying issuance of any FY 2018 Byrne JAG award insofar as that denial or delay is based on the Challenged Conditions. The Attorney General is further enjoined from denying or delaying issuance of the Byrne JAG award in FY 2019 or any other future program year insofar as that denial or delay is based on the Challenged Conditions or materially identical conditions. Prohibited conduct includes: using the Challenged Conditions, or materially identical conditions, in any Byrne JAG award document; delaying the processing or approval of a recipient's requests to draw upon Byrne JAG funds based on the Challenged Conditions or materially identical conditions; and enforcing the Conditions or materially identical conditions against Byrne JAG recipients, regardless of whether those conditions appeared in Byrne JAG award documents. No

recipient's acceptance of its Byrne JAG award may be construed as acceptance of the Challenged Conditions or materially identical conditions. For purposes of this injunction, "delay" means the failure or refusal to take an action that the Attorney General has taken for any other Byrne JAG recipient, if that failure or refusal is based in any way on (1) an applicant's compliance or lack of compliance with the Challenged Conditions or materially identical conditions or (2) litigation involving the Challenged Conditions or materially identical conditions, including if such failure or refusal is based on the Attorney General's seeking to preserve the ability to impose or enforce the Challenged Conditions or materially identical conditions in the future.

This Order applies to the Attorney General's imposition of the Challenged Conditions and any materially identical conditions on the Byrne JAG grant program in FY 2018 and all future grant years. Its effects run to the benefit of all Byrne JAG applicants and recipients are not limited to the City of Chicago and its sub-grantees. However, for the reasons set forth in Court's Memorandum Opinion, the Court enters a stay of the injunction as to all Byrne JAG grantees other than the City of Chicago and its sub-grantees. The stay shall terminate automatically if the Seventh Circuit issues a final ruling in *City of Chicago v. William Barr*, No. 18-2885 (7th Cir.) that affirms the nationwide application of the FY 2017 injunction.

### III. FINAL JUDGMENT

The only remaining Count in this case is Count VI. The parties have agreed to dismiss that Count without prejudice, and the Court accordingly dismisses Count VI

4

without prejudice. There being no Counts remaining to be decided on the merits, the Court now enters final judgment in this case. Fed. R. Civ. P. 58.

## IV. ATTORNEYS' FEES AND COSTS

Plaintiff may still seek reasonable attorneys' fees and costs in this matter. 28 U.S.C. § 2412. Defendants are entitled to object to or oppose any attempt by Plaintiff to recover the same. Any motion regarding attorneys' fees and costs shall be made in accordance with the procedures and schedule set forth in Local Rule 54.3.

**IT IS SO ORDERED.**

---

Harry D. Leinenweber, Judge
United States District Court

Dated: 10/10/2019

APPEAL,CUMMINGS

# United States District Court
# Northern District of Illinois - CM/ECF LIVE, Ver 6.3.1 (Chicago)
# CIVIL DOCKET FOR CASE #: 1:18-cv-06859
# Internal Use Only

| | |
|---|---|
| The City of Chicago v. William P. Barr | Date Filed: 10/12/2018 |
| Assigned to: Honorable Harry D. Leinenweber | Jury Demand: None |
| related Case: 1:19-cv-03461 | Nature of Suit: 899 Other Statutes: Administrative Procedures Act/Review or Appeal of Agency Decision |
| Cause: 05:702 Administrative Procedure Act | Jurisdiction: U.S. Government Defendant |

**Plaintiff**

**The City of Chicago**         represented by   **Scott Douglas Spears**
City of Chicago Department of Law
Legal Counsel Division
121 N. LaSalle St., 6th Floor
Chicago, IL 60602
3127448698
Email: scott.spears@cityofchicago.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Andrew W Worseck**
City of Chicago, Department of Law
30 North LaSalle Street
Suite 1230
Chicago, IL 60602
(312) 744-7129
Email: aworseck@cityofchicago.org
*ATTORNEY TO BE NOTICED*

**Ari D. Evans**
Wilmer Cutler Pickering Hale and Dorr LLP
1875 Pennsylvania Avenue NW
Washington, DC 20006
(202) 663-6776
Email: ari.evans@wilmerhale.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Ari Holtzblatt**

Wilmer Cutler Pickering Hale and Dorr LLP
1875 Pennsylvania Avenue NW
Washington, DC 20006
(202) 663-6964
Email: Ari.Holtzblatt@wilmerhale.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Ari J Savitzky**
Wilmer Cutler Pickering Hale and Dorr LLP
1875 Pennsylvania Avenue NW
Washington, DC 20006
(202) 663-6232
Email: Ari.Savitzky@wilmerhale.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**David W. Ogden**
Wilmer Cutler Pickering Hale & Dorr LLP
1875 Pennsylvania Avenue, NW
Washington, DC 20006
(202) 663-6440
Email: David.Ogden@wilmerhale.com
*ATTORNEY TO BE NOTICED*

**Debo P. Adegbile**
Wilmer Cutler Pickering Hale and Dorr LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10013
(212) 295-6717
Email: Debo.Adegbile@wilmerhale.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Edward N Siskel**
City of Chicago
Department of Law
121 N. LaSalle
Room 600
Chicago, IL 60602
(312) 744-0220
Email: edward.siskel@cityofchicago.org
*TERMINATED: 07/17/2019*

**Harnaik Singh Kahlon**
Riley Safer Holmes & Cancila, LLP
70 West Madison Avenue
Suite 2900
Chicago, IL 60602
(312) 471-8751
Email: nkahlon@rshc-law.com
*ATTORNEY TO BE NOTICED*

**Jamie S Gorelick**
Wilmer Cutler Pickering Hale and Dorr LLP
Washington, DC 20006
Washington, DC, DC 20006
(202) 663-6500
Email: Jamie.Gorelick@wilmerhale.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Justin Baxenberg**
Wilmer Cutler Pickering Hale and Dorr LLP
1875 Pennsylvania Ave NW
Washington, DC 20006
(202) 663-6151
Email: justin.baxenberg@wilmerhale.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Justin Anthony Houppert**
City of Chicago - Department of Law
30 N. LaSalle St. - Suite 800
Chicago, IL 60602
312-744-0468
Email: justin.houppert@cityofchicago.org
*ATTORNEY TO BE NOTICED*

**Laura A Kleinman**
Riley Safer Holmes & Cancila, LLP
Three First National Plaza
70 W. Madison Street, Suite 2900
Chicago, IL 60602
(312) 258-5543
Email: lkleinman@rshc-law.com
*TERMINATED: 05/31/2019*

**Matthew Charles Crowl**
Riley Safer Holmes & Cancila LLP
70 West Madison Street
Suite 2900
Chicago, IL 60602
312-471-8720
Email: mcrowl@rshc-law.com
*ATTORNEY TO BE NOTICED*

**Molly Jennings**
Wilmer Cutler Pickering Hale and Dorr LLP
1801 Pennsylvania Avenue NW
Washington, DC 20006
(202) 663-6947
Email: Molly.Jennings@wilmerhale.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Ronald S. Safer**
Riley Safer Holmes & Cancila LLP
70 West Madison St
Suite 2900
Chicago, IL 60602
(312) 471-8736
Email: rsafer@rshc-law.com
*ATTORNEY TO BE NOTICED*

**Tal Cohen Chaiken**
Riley Safer Holmes & Cancila LLP
Three First National Plaza
70 West Madison Street
Suite 2900
Chicago, IL 60602
Email: tchaiken@rshc-law.com
*TERMINATED: 09/26/2019*

V.

**Defendant**

**Jefferson Beauregard Sessions III**
*Attorney General of the United States*
*TERMINATED: 09/19/2019*

represented by **AUSA - Chicago**
United States Attorney's Office (NDIL - Chicago)
219 South Dearborn Street
Chicago, IL 60604
Email: USAILN.ECFAUSA@usdoj.gov
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Brad P. Rosenberg**
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, DC 20005
(202) 514-3374
Email: brad.rosenberg@usdoj.gov
*TERMINATED: 02/19/2019*
*LEAD ATTORNEY*

**Daniel Duane Mauler**
U.S. Department of Justice
1100 L Street, NW
Washington, DC 20005
(202) 616-0773
Email: dan.mauler@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Attorney General of the United States**  represented by  **Daniel Duane Mauler**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**W. Scott Simpson**
U.S. Department of Justice, Civil Division
318 South Sixth Street, Room 244
Springfield, IL 62701
(202) 514-3495
Email: scott.simpson@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**William P. Barr**  represented by  **Daniel Duane Mauler**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**W. Scott Simpson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Movant**

**State Of Illinois**  represented by  **Darren Bernens Kinkead**
Office of the Attorney General
State of Illinois
100 West Randolph Street, 11th Floor
Chicago, IL 60601
312-814-5700
Email: dkinkead@atg.state.il.us
*ATTORNEY TO BE NOTICED*

**Jeffrey J Vandam**
Office of the Attorney General of Illinois
Public Interest Counsel
100 W. Randolph
11th Floor
Chicago, IL 60601
(312) 814-1188
Email: JVanDam@atg.state.il.us
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 11/18/2019 | 87 | NOTICE of appeal by Attorney General of the United States, William P. Barr, Jefferson Beauregard Sessions III regarding orders 86 Receipt number: y (Mauler, Daniel) (Entered: 11/18/2019) |
| 10/10/2019 | 86 | ORDER: Enter Final Judgment and Order. Signed by the Honorable Harry D. Leinenweber on 10/10/2019:Mailed notice(maf) (Entered: 10/10/2019) |
| 10/08/2019 | 85 | STATEMENT by The City of Chicago *Concerning Agreed Final Order* (Attachments: # 1 Agreed Final Order)(Worseck, Andrew) (Entered: 10/08/2019) |
| 10/01/2019 | 84 | MINUTE entry before the Honorable Harry D. Leinenweber: Status hearing held. The parties have advised the Court that they agree to dismiss Count VI without prejudice. Accordingly, Count VI is dismissed without prejudice. Parties have until 10/8/19 to submit either an agreed final order or competing final orders for the Court to consider. Parties are advised that their final order should follow the structure of the final order recently entered in Evanston et al v. Barr, No. 18-cv-4853 (Dkt. No. 94). The Court will set a briefing schedule for Plaintiffs fee petition once it enters a final judgment.Mailed notice(maf) (Entered: 10/01/2019) |
| 09/26/2019 | 83 | MINUTE entry before the Honorable Harry D. Leinenweber: MOTION by Attorney Tal C. Chaiken to withdraw as attorney for The City of Chicago 81 is granted. Mailed notice(maf) (Entered: 09/26/2019) |
| 09/25/2019 | 82 | NOTICE of Motion by Tal Cohen Chaiken for presentment of motion to withdraw as attorney 81 before Honorable Harry D. Leinenweber on 10/1/2019 at 09:30 AM. (Chaiken, Tal) (Entered: 09/25/2019) |

| | | | |
|---|---|---|---|
| 09/25/2019 | | 81 | MOTION by Attorney Tal C. Chaiken to withdraw as attorney for The City of Chicago. No party information provided (Chaiken, Tal) (Entered: 09/25/2019) |
| 09/24/2019 | 🔒 | | (Court only) Set/Reset Hearings: Status hearing set for 10/1/2019 at 09:00 AM. (maf, ) (Entered: 09/24/2019) |
| 09/19/2019 | | 80 | MEMORANDUM Opinion and Order. For the reasons stated herein, the Attorney General's Motion to Dismiss 42 is granted in part and denied in part. Chicago's Motion for Summary Judgment 48 is granted in part and denied in part. The Court grants Chicago's Motion for Summary Judgment on Counts I, II, and IV. The Court grants the Attorney General's Motion to Dismiss Count VIII with prejudice. Counts III, V, and VII are dismissed as moot. Count VI remains pending in this case. Status hearing set for 10/1/19 at 9:00 a.m., at which time Chicago shall advise the Court of how it intends to proceed with Count VI, and the parties will discuss the final judgment and order in this case. Signed by the Honorable Harry D. Leinenweber on 9/19/2019: Mailed notice(maf) (Entered: 09/19/2019) |
| 08/12/2019 | | 79 | MINUTE entry before the Honorable Harry D. Leinenweber: Status hearing/ruling set for 8/22/19 is vacated and no appearance is needed. The Court will rule by mail. Mailed notice(maf) (Entered: 08/12/2019) |
| 08/06/2019 | | 78 | MINUTE entry before the Honorable Harry D. Leinenweber: Ruling on motion hearing held. MOTION for Leave to Cite Supplemental Authority 75 is granted. Mailed notice(maf) (Entered: 08/06/2019) |
| 08/05/2019 | | 77 | RESPONSE by Attorney General of the United States, William P. Barr to MOTION by Plaintiff The City of Chicago for Leave to Cite Supplemental Authority 75 (Mauler, Daniel) (Entered: 08/05/2019) |
| 08/01/2019 | | 76 | NOTICE of Motion by Andrew W Worseck for presentment of motion for miscellaneous relief 75 before Honorable Harry D. Leinenweber on 8/6/2019 at 09:30 AM. (Worseck, Andrew) (Entered: 08/01/2019) |
| 08/01/2019 | | 75 | MOTION by Plaintiff The City of Chicago for Leave to Cite Supplemental Authority (Attachments: # 1 Exhibit 1)(Worseck, Andrew) (Entered: 08/01/2019) |
| 07/17/2019 | | 74 | MINUTE entry before the Honorable Harry D. Leinenweber: Motion to withdraw as attorney 71 is granted. Mailed notice(maf) (Entered: 07/17/2019) |
| 07/16/2019 | | 73 | *AMENDED* NOTICE of Motion by Justin Anthony Houppert for presentment of motion to withdraw as attorney 71 before Honorable Harry D. Leinenweber on 7/18/2019 at 09:30 AM. (Houppert, Justin) (Entered: 07/16/2019) |
| 07/15/2019 | | 72 | NOTICE of Motion by Justin Anthony Houppert for presentment of motion to withdraw as attorney 71 before Honorable Harry D. Leinenweber on 6/18/2019 at 09:30 AM. (Attachments: # 1 Motion to Withdraw Attorney Appearance of Edward N. Siskel)(Houppert, Justin) (Entered: 07/15/2019) |
| 06/12/2019 | | 71 | MOTION by Attorney Edward N. Siskel to withdraw as attorney for The City of Chicago. No party information provided (Houppert, Justin) (Entered: 06/12/2019) |
| 06/04/2019 | | 70 | MINUTE entry before the Honorable Harry D. Leinenweber: Unopposed motion to reassign case 66 is granted. Mailed notice(maf) (Entered: 06/04/2019) |

| | | |
|---|---|---|
| 06/03/2019 | 69 | ATTORNEY Appearance for Movant State Of Illinois by Darren Bernens Kinkead (Kinkead, Darren) (Entered: 06/03/2019) |
| 06/03/2019 | 68 | ATTORNEY Appearance for Movant State Of Illinois by Jeffrey J Vandam (Vandam, Jeffrey) (Entered: 06/03/2019) |
| 06/03/2019 | 67 | NOTICE of Motion by Jeffrey J Vandam for presentment of motion to reassign case 66 before Honorable Harry D. Leinenweber on 6/11/2019 at 09:30 AM. (Vandam, Jeffrey) (Entered: 06/03/2019) |
| 06/03/2019 | 66 | MOTION by Movant State Of Illinois to reassign case *(Unopposed)* (Attachments: # 1 Exhibit 1)(Vandam, Jeffrey) (Entered: 06/03/2019) |
| 05/31/2019 | 65 | MINUTE entry before the Honorable Harry D. Leinenweber: Motion to withdraw as attorney 63 is granted. Status hearing/ruling set for 8/1/19 is re-set to 8/22/19 at 9:00 a.m. Mailed notice(maf) (Entered: 05/31/2019) |
| 05/31/2019 | 64 | REPLY by Plaintiff The City of Chicago to motion for partial summary judgment 48 (Worseck, Andrew) (Entered: 05/31/2019) |
| 05/24/2019 | 63 | MOTION by Attorney Laura Kleinman to withdraw as attorney for The City of Chicago. No party information provided (Kleinman, Laura) (Entered: 05/24/2019) |
| 05/03/2019 | 62 | RULE 56 Response to Plaintiff's LR 56.1 Statement Statement (Mauler, Daniel) (Entered: 05/03/2019) |
| 05/03/2019 | 61 | REPLY by Defendants Attorney General of the United States, William P. Barr, Jefferson Beauregard Sessions III to Motion to Dismiss for Failure to State a Claim,, motion to dismiss/lack of jurisdiction, 42 *and Opposition to Plaintiff's Cross-Motion for Partial Summary Judgment (ECF No. 48)* (Mauler, Daniel) (Entered: 05/03/2019) |
| 04/18/2019 | 60 | WITHDRAWING *W. Scott Simpson* as counsel for Defendants Attorney General of the United States, William P. Barr, Jefferson Beauregard Sessions III and substituting Daniel Duane Mauler as counsel of record (Mauler, Daniel) (Entered: 04/18/2019) |
| 04/09/2019 | 59 | MINUTE entry before the Honorable Harry D. Leinenweber: The Government shall file its response to Plaintiff's motion for partial summary judgment 48 and its reply to the Government's motion to dismiss 42 on or before 5/3/19. Plaintiff shall file its reply in support of Plaintiff's motion for partial summary judgment on or before 5/31/19. Status hearing/ruling date set for 5/22/19 is re-set to 8/1/19 at 9:00 a.m. Mailed notice (maf) (Entered: 04/10/2019) |
| 04/09/2019 | 58 | STIPULATION regarding memorandum, 50 *and Proposed Order on Briefing Schedule* (Simpson, W.) (Entered: 04/09/2019) |
| 04/04/2019 | 57 | MINUTE entry before the Honorable Harry D. Leinenweber: Unopposed motion for leave to file a brief in excess pages 56 is granted. Mailed notice(maf) (Entered: 04/04/2019) |
| 04/03/2019 | 56 | MOTION by Plaintiff The City of Chicago for leave to file excess pages (Siskel, Edward) (Entered: 04/03/2019) |

| | | |
|---|---|---|
| 04/03/2019 | 55 | DECLARATION of Ari Holtzblatt regarding motion for partial summary judgment 48 (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I, # 10 Exhibit J, # 11 Exhibit K, # 12 Exhibit L, # 13 Exhibit M, # 14 Exhibit N, # 15 Exhibit O, # 16 Exhibit P)(Holtzblatt, Ari) (Entered: 04/03/2019) |
| 04/03/2019 | 54 | DECLARATION of Lieutenant Kevin R. Hannigan regarding motion for partial summary judgment 48 (Siskel, Edward) (Entered: 04/03/2019) |
| 04/03/2019 | 53 | DECLARATION of Larry Sachs regarding motion for partial summary judgment 48 (Siskel, Edward) (Entered: 04/03/2019) |
| 04/03/2019 | 52 | Request for Judicial Notice by The City of Chicago *in Support of Motion for Partial Summary Judgment and Opposition to Defendant's Motion to Dismiss* (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I, # 10 Exhibit J, # 11 Exhibit K, # 12 Exhibit L, # 13 Exhibit M)(Siskel, Edward) (Entered: 04/03/2019) |
| 04/03/2019 | 51 | RULE 56.1 Statement by The City of Chicago regarding motion for partial summary judgment 48 (Siskel, Edward) (Entered: 04/03/2019) |
| 04/03/2019 | 50 | MEMORANDUM motion for partial summary judgment 48 , Motion to Dismiss for Failure to State a Claim,, motion to dismiss/lack of jurisdiction, 42 by The City of Chicago *Combined Opposition to Defendant's Motion to Dismiss and Memorandum in Support of Chicago's Cross-Motion for Partial Summary Judgment* (Siskel, Edward) (Entered: 04/03/2019) |
| 04/03/2019 | 49 | NOTICE of Motion by Edward N Siskel for presentment of motion for partial summary judgment 48 before Honorable Harry D. Leinenweber on 4/9/2019 at 09:30 AM. (Siskel, Edward) (Entered: 04/03/2019) |
| 04/03/2019 | 48 | MOTION by Plaintiff The City of Chicago for partial summary judgment (Siskel, Edward) (Entered: 04/03/2019) |
| 03/06/2019 | 47 | MINUTE entry before the Honorable Harry D. Leinenweber: Defendants' motion to dismiss 42 is entered and briefed as follows: response by 4/3/19, reply by 4/10/19. Status hearing set for 3/20/19 is vacated. Status hearing/ruling is set for 5/22/19 at 9:00 a.m. Mailed notice(maf) (Entered: 03/06/2019) |
| 03/04/2019 | 46 | MINUTE entry before the Honorable Harry D. Leinenweber: Motion for leave to file excess pages 45 is granted. Mailed notice(maf) (Entered: 03/04/2019) |
| 03/01/2019 | 45 | MOTION by Defendants Attorney General of the United States, William P. Barr for leave to file excess pages (Simpson, W.) (Entered: 03/01/2019) |
| 03/01/2019 | 44 | MEMORANDUM by Attorney General of the United States, William P. Barr in support of Motion to Dismiss for Failure to State a Claim,, motion to dismiss/lack of jurisdiction, 42 (Attachments: # 1 Defendant's Request for Judicial Notice) (Simpson, W.) (Entered: 03/01/2019) |

| | | |
|---|---|---|
| 03/01/2019 | 43 | NOTICE of Motion by W. Scott Simpson for presentment of Motion to Dismiss for Failure to State a Claim,, motion to dismiss/lack of jurisdiction, 42 before Honorable Harry D. Leinenweber on 3/19/2019 at 09:30 AM. (Simpson, W.) (Entered: 03/01/2019) |
| 03/01/2019 | 42 | MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM by Defendants William P. Barr, Attorney General of the United States , MOTION by Defendants William P. Barr, Attorney General of the United States to dismiss for lack of jurisdiction (Simpson, W.) (Entered: 03/01/2019) |
| 02/28/2019 | 41 | NOTICE by Attorney General of the United States, William P. Barr *Notice of Filing of Administrative Record* (Attachments: # 1 Administrative Record, Part 1, # 2 Administrative Record, Part 2, # 3 Administrative Record, Part 3, # 4 Administrative Record, Part 4, # 5 Administrative Record, Part 5, # 6 Administrative Record, Part 6)(Simpson, W.) (Entered: 02/28/2019) |
| 02/19/2019 | 40 | WITHDRAWING *Brad P. Rosenberg* as counsel for Defendants Attorney General of the United States, William P. Barr and substituting W. Scott Simpson as counsel of record (Simpson, W.) (Entered: 02/19/2019) |
| 01/28/2019 | 39 | GENERAL ORDER 19-0004: RESETTING OF DEADLINES IN CIVIL MATTERS INVOLVING THE UNITED STATES AS A PARTY. IT APPEARING THAT as a result of the partial federal government shutdown, this Court amended General Order 18-0028 suspending as of December 21, 2018, all civil litigation in which the United States of America, its agencies, its officers, or employees were parties, with the stated intention of clarifying schedules in such cases upon the expiration of the lapse in appropriations; and IT FURTHER APPEARING THAT appropriations having been restored to fund the Department of Justice and other Executive Branch agencies, with employees beginning to report for work beginning on January 28, 2019; accordingly IT IS THEREFORE ORDERED that the stay entered by General Order 18-0028 is hereby lifted, and any and all deadlines in the affected civil litigation (whether established by order, rule, or agreement.), including but not limited to any scheduled discovery and pleading dates, are extended by 42 days. (For Further Details See Attached Order). Signed by the Honorable Ruben Castillo on 1/28/2019: Mailed notice. (mgw, ) (Entered: 01/28/2019) |
| 01/23/2019 | 38 | MINUTE entry before the Honorable Harry D. Leinenweber: Status hearing set for 1/29/19 is re-set to 3/20/19 at 9:00 a.m. Mailed notice(maf) (Entered: 01/23/2019) |
| 01/08/2019 | 37 | AMENDED GENERAL ORDER 18-0028 dated 01/08/2019: On December 26, 2018, General Order 18-0028 was entered. It appearing that the lapse of congressional appropriations funding the federal government continues, therefore General Order 18-0028 is now amended. (For Further Details See Attached Order). Signed by the Honorable Ruben Castillo on 1/8/2019: Mailed notice. (sm, ) (Entered: 01/08/2019) |
| 12/26/2018 | 36 | GENERAL ORDER 18-0028 dated 12/26/18: IT IS HEREBY ORDERED, effective December 26, 2018, that all civil litigation involving as a party the United States of America, is immediately suspended, postponed and held in abeyance |

| | | | |
|---|---|---|---|
| | | | continuing for a period of fourteen (14) days from the date of entry of this General Order (For Further Details See Attached Order). Signed by the Honorable Ruben Castillo on 12/26/2018: Mailed notice. (sm, ) (Entered: 12/30/2018) |
| 12/17/2018 | | 35 | NOTICE by The City of Chicago *of Claims of Unconstitutionality* (Siskel, Edward) (Entered: 12/17/2018) |
| 12/17/2018 | | 34 | AMENDED complaint by The City of Chicago against Jefferson Beauregard Sessions III, Attorney General of the United States (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I)(Siskel, Edward) (Entered: 12/17/2018) |
| 12/10/2018 | | 33 | MINUTE entry before the Honorable Harry D. Leinenweber: Consent motion to stay and to set a response date to the amended complaint 31 is granted. Amended complaint to be filed by 12/17/18, response by 1/18/19. Status hearing set for 1/29/19 at 9:00 a.m. Mailed notice(maf) (Entered: 12/10/2018) |
| 12/07/2018 | | 32 | NOTICE of Motion by Brad P. Rosenberg for presentment of motion for miscellaneous relief,, motion for extension of time to file answer, 31 before Honorable Harry D. Leinenweber on 12/11/2018 at 09:30 AM. (Rosenberg, Brad) (Entered: 12/07/2018) |
| 12/07/2018 | | 31 | MOTION by Defendant Jefferson Beauregard Sessions IIIConsent Motion to Stay Response to the Complaint and to Set Deadline to Respond to the Forthcoming Amended Complaint , MOTION by Defendant Jefferson Beauregard Sessions III for extension of time to file answer (Attachments: # 1 Text of Proposed Order) (Rosenberg, Brad) (Entered: 12/07/2018) |
| 12/07/2018 | | 30 | ATTORNEY Appearance for Defendant Jefferson Beauregard Sessions III by Brad P. Rosenberg (Rosenberg, Brad) (Entered: 12/07/2018) |
| 11/02/2018 | | 29 | MINUTE entry before the Honorable Elaine E. Bucklo: In light of the reassignment the Scheduling Conference previously set before Judge Bucklo for 1/10/2019 is stricken. Mailed notice. (mgh, ) (Entered: 11/02/2018) |
| 10/31/2018 | 🔒 | | (Court only) Related cases: Create association to 1:18-cv-04791. (mma, ) (Entered: 11/01/2018) |
| 10/31/2018 | | 28 | EXECUTIVE COMMITTEE ORDER: Case reassigned to the Honorable Harry D. Leinenweber for all further proceedings. Honorable Elaine E. Bucklo no longer assigned to the case. Signed by Executive Committee on 10/31/2018. (mma, ) (Entered: 11/01/2018) |
| 10/19/2018 | | 27 | MINUTE entry before the Honorable Elaine E. Bucklo: Motions to appear pro hac vice 24 and 25 are granted. Mailed notice (reg) (Entered: 10/19/2018) |
| 10/17/2018 | | 26 | REQUEST for Clerk of Court to refund filing fee in the amount of $150.00, receipt no. 0752-15054110, (Adegbile, Debo) (Entered: 10/17/2018) |
| 10/17/2018 | | 25 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 150, receipt number 0752-15073255. (Evans, Ari) (Entered: 10/17/2018) |

| | | |
|---|---|---|
| 10/17/2018 | 24 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 150, receipt number 0752-15072977. (Baxenberg, Justin) (Entered: 10/17/2018) |
| 10/17/2018 | 23 | MINUTE entry before the Honorable Elaine E. Bucklo: Scheduling conference set for 1/10/2019 at 9:30 a.m. Parties' Rule 26(f) planning report due 1/7/2019. The form of the report can be found on Judge Bucklo's page at www.ilnd.uscourts.gov. Mailed notice. (mgh, ) (Entered: 10/17/2018) |
| 10/16/2018 | 22 | AFFIDAVIT of Service filed by Plaintiff The City of Chicago regarding Summons in a Civil Action *; Complaint; Exhibits* served on Jamia Williams, Mail Clerk & Authorized Agent on October 15, 2018 (Crowl, Matthew) (Entered: 10/16/2018) |
| 10/16/2018 | 21 | MINUTE entry before the Honorable Elaine E. Bucklo:Minute entry dated 10/15/2018, docket no. 18 is amended to correct the spelling of Plaintiff's counsel's name, David W. Ogden. Order stand in all other respects.Mailed notice. (mgh, ) (Entered: 10/16/2018) |
| 10/16/2018 | 20 | ATTORNEY Appearance for Plaintiff The City of Chicago by Tal Cohen Chaiken (Chaiken, Tal) (Entered: 10/16/2018) |
| 10/15/2018 | 19 | ATTORNEY Appearance for Plaintiff The City of Chicago by Andrew W Worseck (Worseck, Andrew) (Entered: 10/15/2018) |
| 10/15/2018 | 18 | MINUTE entry before the Honorable Elaine E. Bucklo: Application to appear pro hac vice of Brian David Ogden 7 ; Jamie Gorelick 8 , Debo Adegbile 9 , Ari Holtzblatt 10 ; Ari Savitzky 11 and Molly Jennings 12 as counsel for Plaintiff, The City of Chicago are granted. Mailed notice. (mgh, ) (Entered: 10/15/2018) |
| 10/12/2018 | | SUMMONS Issued as to Jefferson Beauregard Sessions III, and U.S. Attorney(pj, ) (Entered: 10/12/2018) |
| 10/12/2018 | 17 | ATTORNEY Appearance for Plaintiff The City of Chicago by Scott Douglas Spears (Spears, Scott) (Entered: 10/12/2018) |
| 10/12/2018 | 16 | ATTORNEY Appearance for Plaintiff The City of Chicago by Laura A Kleinman (Kleinman, Laura) (Entered: 10/12/2018) |
| 10/12/2018 | 15 | ATTORNEY Appearance for Plaintiff The City of Chicago by Harnaik Singh Kahlon (Kahlon, Harnaik) (Entered: 10/12/2018) |
| 10/12/2018 | 14 | ATTORNEY Appearance for Plaintiff The City of Chicago by Matthew Charles Crowl (Crowl, Matthew) (Entered: 10/12/2018) |
| 10/12/2018 | 13 | ATTORNEY Appearance for Plaintiff The City of Chicago by Ronald S. Safer (Safer, Ronald) (Entered: 10/12/2018) |
| 10/12/2018 | 12 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 150, receipt number 0752-15054641. (Jennings, Molly) (Entered: 10/12/2018) |
| 10/12/2018 | 11 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 150, receipt number 0752-15054481. (Savitzky, Ari) (Entered: 10/12/2018) |
| 10/12/2018 | 10 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 150, receipt number 0752-15054436. (Holtzblatt, Ari) (Entered: 10/12/2018) |

| | | | |
|---|---|---|---|
| 10/12/2018 | | 9 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 150, receipt number 0752-15054293. (Adegbile, Debo) (Entered: 10/12/2018) |
| 10/12/2018 | | 8 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 150, receipt number 0752-15054037. (Gorelick, Jamie) (Entered: 10/12/2018) |
| 10/12/2018 | | 7 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 150, receipt number 0752-15053933. (Ogden, David) (Entered: 10/12/2018) |
| 10/12/2018 | | | CASE ASSIGNED to the Honorable Elaine E. Bucklo. Designated as Magistrate Judge the Honorable Maria Valdez. (pj, ) (Entered: 10/12/2018) |
| 10/12/2018 | | 6 | ATTORNEY Appearance for Plaintiff The City of Chicago by Justin Anthony Houppert (Houppert, Justin) (Entered: 10/12/2018) |
| 10/12/2018 | | 5 | ATTORNEY Appearance for Plaintiff The City of Chicago by Edward N Siskel (Siskel, Edward) (Entered: 10/12/2018) |
| 10/12/2018 | | 4 | CIVIL Cover Sheet (Siskel, Edward) (Entered: 10/12/2018) |
| 10/12/2018 | | 3 | NOTICE by The City of Chicago *of Claims of Unconstitutionality* (Siskel, Edward) (Entered: 10/12/2018) |
| 10/12/2018 | | 2 | CIVIL Cover Sheet (Siskel, Edward) (Entered: 10/12/2018) |
| 10/12/2018 | | 1 | COMPLAINT filed by The City of Chicago; Filing fee $ 400, receipt number 0752-15052376. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G)(Siskel, Edward) (Entered: 10/12/2018) |