UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

THE CITY OF CHICAGO,

          *Plaintiff,*

v.

WILLIAM P. BARR, Attorney General of the United States,

          *Defendant.*

Civil Action No. 1:17-cv-5720
Hon. Harry D. Leinenweber

## DECLARATION OF ARI HOLTZBLATT

I, Ari Holtzblatt, declare as follows:

1. I am a partner in the law firm of Wilmer Cutler Pickering Hale and Dorr ("WilmerHale"). WilmerHale represents the City of Chicago in the above-captioned matter.

2. I submit this declaration in support of the City's motion for attorneys' fees and expenses. I have personal knowledge of each of the matters stated herein, and if called to testify would testify consistent with this declaration.

3. WilmerHale was retained by the City of Chicago in this matter in 2018. WilmerHale agreed to represent the City on a *pro bono* basis. The City has, however, authorized WilmerHale to seek and recover attorneys' fees and expenses on the City's behalf, and has assigned payment of any award of fees to WilmerHale as compensation for its services.

4. It is WilmerHale's standard business practice to maintain records of every attorney and paralegal's billing rate for each year in which they were employed by the firm. In preparing this declaration, I have reviewed the relevant firm records to determine the applicable billing rates for each attorney and paralegal involved in this matter.

### A. Staffing

5. Based on my seven years of experience at the firm, WilmerHale appropriately staffed this matter with attorneys and support staff of varying levels of seniority and experience in order to efficiently handle all aspects of the litigation. Attorneys at WilmerHale are divided among four ranks: associate, senior associate, counsel, and partner. Consistent with common practice and the needs of this case, the matter was staffed with three partners, two counsel, two senior associates, one associate, and two paralegals. Below is a summary of the experience of each attorney and paralegal who performed work on this matter.

6. I graduated from Yale Law School in 2010 and have been licensed to practice law for over nine years. I have extensive experience representing diverse clients at all levels, from trial courts to the U.S. Supreme Court. My practice focuses on high-stakes civil litigation involving cutting-edge statutory and constitutional issues. I previously served as a law clerk to the Honorable Ruth Bader Ginsburg of the U.S. Supreme Court and to the Honorable David Tatel of the U.S. Court of Appeals for the District of Columbia Circuit. In 2018, I held the position of counsel and my billing rate was $905 per hour. That rate was consistent with the prevailing market rates for attorneys of similar experience and background in Washington, D.C.

7. Jamie Gorelick is a partner at WilmerHale. She graduated from Harvard Law School, *cum laude*, in 1975. She is a nationally recognized attorney, with extensive experience representing clients in diverse regulatory and enforcement matters. Ms. Gorelick also has many years of government-service experience, including as Deputy Attorney General of the United States and General Counsel for the Department of Defense. She has also served on numerous government boards and commissions, particularly in the national-security arena. In 2018, Ms. Gorelick held the position of partner and had a billing rate of $1,565 per hour. That rate was

2

consistent with the prevailing market rates for attorneys of similar experience and background in Washington, D.C.

8. David Ogden is a partner at WilmerHale. He graduated from Harvard Law School, *magna cum laude*, in 1981. Mr. Ogden is a nationally recognized attorney with extensive litigation experience in matters involving regulatory and administrative law, including constitutional limitations on government actions. Mr. Ogden also has extensive government-service experience, including as the Deputy Attorney General of the United States and Deputy General Counsel for the Department of Defense. He previously served as a law clerk to the Honorable Harry Blackmun of the U.S. Supreme Court and the Honorable Abraham Sofaer of the U.S. District Court for the Southern District of New York. In 2018, Mr. Ogden held the position of partner and had a billing rate of $1,435 per hour. That rate was consistent with the prevailing market rates for attorneys of similar experience and background in Washington, D.C.

9. Debo Adegbile is a partner at WilmerHale. He graduated from the New York University School of Law in 1994. Mr. Adegbile has represented many municipalities and local government agencies in investigations or litigation involving the federal government. Mr. Adegbile has also served as senior counsel for the Senate Judiciary committee, and currently serves as a commissioner on the U.S. Commission on Civil Rights. In 2018, Mr. Adegbile held the position of partner and had a billing rate of $1,040 per hour. That rate was consistent with the prevailing market rates for attorneys of similar experience and background in New York, N.Y., where. Mr. Adegbile works.

10. Ari Savitzky was a counsel at WilmerHale.[1] He graduated from the New York University School of Law, *magna cum laude*, in 2011. He previously served as a law clerk to the Honorable Raymond Lohier, Jr. of the U.S. Court of Appeals for the Second Circuit and the

---

[1] Mr. Savitzky left the firm in November 2019.

3

Honorable John G. Koeltl of the U.S. District Court for the Southern District of New York. In 2018, Mr. Savitzky held the position of counsel and had billing rate of $895 per hour. That rate was consistent with the prevailing market rates for attorneys of similar experience and background in Washington, D.C.

11. Molly Jennings is a counsel at WilmerHale. She graduated from Harvard Law School, *cum laude*, in 2013. She has represented diverse clients—including municipal corporations, colleges and universities, and Native American tribes—throughout all stages of complex federal civil litigation. She previously served as a law clerk to the Honorable Michael S. Kanne of the U.S. Court of Appeals for the Seventh Circuit. In 2018, Ms. Jennings held the position of senior associate and had a billing rate of $815 per hour. That rate was consistent with the prevailing market rates for attorneys of similar experience and background in Washington, D.C.

12. Justin Baxenberg is a senior associate at WilmerHale. He graduated from Harvard Law School in 2014. He has experience representing major corporations and financial institutions in government enforcement actions and regulatory matters. He previously served as a law clerk to the Honorable Robert L. Wilkins of the U.S. Court of Appeals for the District of Columbia Circuit. In 2018, he held the position of senior associate and had a billing rate of $775 per hour. That rate was consistent with the prevailing market rates for attorneys of similar experience and background in Washington, D.C.

13. Ari Evans is a senior associate at WilmerHale. He graduated from Harvard Law School, *cum laude*, in 2016. He has represented major corporations and financial institutions in complex civil litigation and investigations. He previously served as a law clerk to the Honorable Royce C. Lamberth of the U.S. District Court for the District of Columbia. In 2018, he held the position of associate and had a billing rate of $620 per hour. That rate was consistent with the prevailing market rates for attorneys of similar experience and background in Washington, D.C.

14. Allison Schultz is a senior associate at WilmerHale. She graduated from Harvard Law School, *magna cum laude*, in 2016. She has represented major corporations, governmental entities, and individuals in all stages of complex civil litigation. She previously served as a law clerk to the Honorable Stephen A. Higginson of the U.S. Court of Appeals for the Fifth Circuit and the Honorable F. Dennis Saylor IV of the U.S. District Court for the District of Massachusetts. In 2018, she held the position of associate and had a billing rate of $620 per hour. That rate was consistent with the prevailing market rate for attorneys of similar experience and background in Washington, D.C.

15. Margaret Dudley was a senior paralegal at WilmerHale for more than 30 years.[2] In 2018, she held the position of senior paralegal and had a billing rate of $440 per hour. That rate was consistent with the prevailing market rates for paralegals of similar experience and background in Washington, D.C.

16. Pablo Lafuente has been a paralegal at WilmerHale since 2004. In 2018, he held the position of paralegal and had a billing rate of $395 per hour. That rate was consistent with the prevailing market rates for paralegals of similar experience and background in Washington, D.C.

**B. Calculation of Hourly Rates Sought In This Matter**

17. To calculate the hourly rate sought for each attorney who has worked on this matter, I applied the same formula used to calculate fees billed to the City of Chicago in a prior representation.

18. In December 2015, the City of Chicago retained WilmerHale to provide advice regarding a Department of Justice investigation into the Chicago Police Department. *See* Ex. 1.[3]

---

[2] Ms. Dudley retired in 2019.

[3] The attached engagement letter has been redacted to remove information pertaining to other clients of the firm.

For that representation, WilmerHale agreed to charge the City its standard 2016 billing rates—held constant throughout the life of the representation regardless of team-member promotions and/or annual rate increases—minus a ten-percent discount. *See id.* at 1. The City of Chicago agreed to payment on those terms and did pay WilmerHale's for its representation in the matter in accordance with the agreed-upon rates.

19. Using the same formula used to calculate fees paid by the City for the 2016-2017 representation, I calculated the hourly billing rate sought for each attorney or paralegal on this matter as 90% of that person's hourly billing rate in 2018—the year in which WilmerHale's representation in this matter began. Applying that formula results in an hourly billing rate for each attorney and paralegal on this matter as follows:

  a. I had an hourly billing rate of $905 in 2018. Accordingly, the hourly rate sought for my work on this matter is $814.50 (905.00 x .90 = 814.50).

  b. Jamie Gorelick had an hourly billing rate of $1,565 in 2018. Accordingly, the hourly rate sought for Ms. Gorelick's work on this matter is $1,408.50 (1,565.00 x .90 = 1,408.50).

  c. David Ogden had an hourly billing rate of $1,435 in 2018. Accordingly, the hourly rate sought for Mr. Ogden's work on this matter is $1,291.50 (1,435.00 x .90 = 1,291.50).

  d. Debo Adegbile had an hourly billing rate of $1,040 in 2018. Accordingly, the hourly rate sought for Mr. Adegbile's work on this matter is $936.00 (1,040.00 x .90 = 963.00).

  e. Ari Savitzky had an hourly billing rate of $895 in 2018. Accordingly, the hourly rate sought for Mr. Savitsky's work on this matter is $805.50 (895.00 x .90 = 805.50).

f. Molly Jennings had an hourly billing rate of $815 in 2018. Accordingly, the hourly rate sought for Ms. Jennings' work on this matter is $733.50 (815.00 x .90 = 733.50).

g. Justin Baxenberg had an hourly billing rate of $775 in 2018. Accordingly, the hourly rate sought for Mr. Baxenberg's work on this matter is $697.50 (775.00 x .90 = 697.50).

h. Ari Evans had an hourly billing rate of $620 in 2018. Accordingly, the hourly rate sought for Mr. Evans' work on this matter is $558.00 (620.00 x .90 = 558.00).

i. Allison Schultz had an hourly billing rate of $620 in 2018. Accordingly, the hourly rate sought for Ms. Schultz's work on this matter is $558.00 (620.00 x .90 = 558.00).

j. Margaret Dudley had an hourly billing rate of $440 in 2018. Accordingly, the hourly rate sought for Ms. Dudley's work on this matter is $396.00 (440.00 x .90 = 396.00).

k. Pablo Lafuente had an hourly billing rate of $395 in 2018. Accordingly, the hourly rate sought for Mr. Lafuente's work on this matter is $355.50 (395.00 x .90 = 355.50).

**C.  Calculation Of Hours Sought**

20. It is WilmerHale's practice to keep contemporaneous time records. Throughout this matter, all time was accurately recorded in the normal course of business in tenth-of-an-hour increments.

21. Attached as Exhibit 2 are time records containing all WilmerHale attorney and paralegal time for which the City seeks recovery. For work completed by WilmerHale attorneys or staff, Chicago seeks fees for 659.9 attorney hours and 40 support-staff hours, for a total of 699.9 hours.

22. The time for which Chicago seeks fees includes, among other things, time spent: researching and drafting the complaint; drafting a motion for a preliminary injunction; drafting a motion to reassign the case; engaging in settlement discussions; researching, drafting, and preparing

7

all submissions in support of a motion for summary judgment; and drafting an opposition to the Attorney General's motion to dismiss.

23. The time for which Chicago seeks fees does not include time that I determined was excessive, duplicative, or unrelated to the issues on which Chicago prevailed. Prior to my review, our fee records reflected a total of 1,148.3 hours billed to the FY2018 litigation. To arrive at the 699.90 hours claimed in Chicago's fee petition, I thus excluded 448.4 hours.

24. In particular, the excluded time does not include 126.6 hours associated with Chicago's challenge to the appointment of Mr. Whitaker as Acting Attorney General, which was mooted by the appointment and confirmation of Mr. Barr as Attorney General.

25. I have reviewed each time entry and each expense incurred in this litigation for which Chicago seeks reimbursement. Each is a fee or expense normally billed to a client. Based on my experience in other matters and my familiarity with the facts and legal issues in this litigation, I believe that the fees and costs sought are reasonable and were necessary to the litigation.

I declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct.

Executed on March 6, 2020.

By: _____
Ari Holtzblatt