UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **THE CITY OF CHICAGO,**  *Plaintiff,*  v.  **MONTY WILKINSON,** Acting Attorney General of the United States  *Defendant.* | Civil Action No. 1:18-cv-6859  Hon. Harry D. Leinenweber |

**JOINT STATEMENT CONCERNING AGREED FINAL ORDER**

As directed by the Court (*see* Dkt. 126), the parties have met and conferred regarding an appropriate final judgment in this case and have agreed to entry of the attached proposed final order.[1]

---

[1] Defendant reserves his right to appeal this proposed amended final judgment and order, as well as the January 13, 2021 order at Dkt. 126.

| | |
|---|---|
| February 2, 2021. | Respectfully Submitted, |
| | CELIA MEZA<br>Acting Corporation Counsel of the City of Chicago |
| JAMIE S. GORELICK (*pro hac vice*)<br>DAVID W. OGDEN (*pro hac vice*)<br>ARI HOLTZBLATT (*pro hac vice*)<br>JUSTIN BAXENBERG (*pro hac vice*)<br>MOLLY JENNINGS (*pro hac vice*)<br>ARI EVANS (*pro hac vice*)<br>WILMER CUTLER PICKERING HALE<br>  AND DORR LLP<br>1875 Pennsylvania Avenue NW<br>Washington, DC 20006<br>(202) 663-6000 | By /s/ Andrew W. Worseck<br>ANDREW W. WORSECK<br>Chief Assistant Corporation Counsel<br>JUSTIN A. HOUPPERT<br>Senior Assistant Corporation Counsel<br>2 N. LaSalle Street, Suite 530<br>Chicago, IL 60602<br>(312) 744-0220 |
| DEBO P. ADEGBILE (*pro hac vice*)<br>WILMER CUTLER PICKERING HALE<br>  AND DORR LLP<br>7 World Trade Center<br>250 Greenwich Street<br>New York, NY 10007<br>(212) 230-8800 | RONALD S. SAFER<br>MATTHEW C. CROWL<br>NICK KAHLON<br>RILEY SAFER HOLMES & CANCILA LLP<br>Three First National Plaza<br>70 West Madison Street, Suite 2900<br>Chicago, IL 60602<br>(312) 471-8700 |
| | *Counsel for the City of Chicago* |
| | MICHAEL D. GRANSTON<br>Deputy Assistant Attorney General |
| | BRIGHAM J. BOWEN<br>Assistant Branch Director |
| | /s/ Charles E.T. Roberts<br>CHARLES E.T. ROBERTS<br>PA Bar No. 326539<br>Trial Attorney<br>United States Department of Justice<br>Civil Division, Federal Programs Branch<br>1100 L Street, NW<br>Washington, DC 20005<br>Tel: (202) 305-8628<br>Fax: (202) 616-8470<br>E-mail: charles.e.roberts@usdoj.gov |
| | *Counsel for Defendant* |