UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**THE CITY OF CHICAGO**,

*Plaintiff*,

*v.*

**MERRICK B. GARLAND**, in his official capacity as
Attorney General of the United States,

*Defendant.*

Civil Action No. 1:18-cv-06859

Hon. Harry D. Leinenweber

### JOINT STATUS REPORT

The parties have filed a joint motion to amend the final judgment in this case, consistent with this Court's indicative ruling of January 11, 2022. That motion is currently pending.

The parties have reached an agreement in principle to settle Plaintiff's claim for attorneys' fees without further litigation. The parties therefore respectfully request that the current stay of Plaintiff's Motion to Amend Award of Attorneys' Fees and all relevant deadlines remain in place. The parties intend to file another joint status report on or before April 6, 2022, if the settlement has not been finalized by that date.

Dated: March 7, 2022

Respectfully submitted,

/s/ *Ari Holtzblatt*
ARI HOLTZBLATT (*pro hac vice*)
WILMER CUTLER PICKERING HALE
   AND DORR LLP
1875 Pennsylvania Avenue NW
Washington, DC 20006
(202) 663-6000

*Counsel for the City of Chicago*

— 1 —

BRIAN D. NETTER
Deputy Assistant Attorney General

BRIGHAM J. BOWEN
Assistant Director
Federal Programs Branch

*/s/ Joseph J. DeMott*
Joseph J. DeMott (VA Bar No. 93981)
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, DC 20530
Phone: (202) 514-3367
Fax: (202) 616-8470
E-Mail: joseph.demott@usdoj.gov

*Counsel for Defendant*