IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**CITY OF CHICAGO**,

*Plaintiff,*

*v.*

**MERRICK B. GARLAND**, in his official capacity as
Attorney General of the United States,

*Defendant.*

Civil Action No. 1:18-cv-06859

Hon. Harry D. Leinenweber

## ORDER

For the reasons stated in its Order granting the parties' joint motion for an indicative ruling, ECF No. 175, the Court hereby grants the parties' Joint Motion to Amend the Amended Final Judgment, ECF No. 179. Pursuant to Rule 60(b)(6) of the Federal Rules of Civil Procedure, the Court will enter a Second Amended Final Judgment and Order in place of the Amended Final Judgment and Order in this case, ECF No. 128, to follow.

**IT IS SO ORDERED.**

‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌
Harry D. Leinenweber, Judge
United States District Court

Dated: 3/8/2022

1