# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

March 22, 2022

*By the Court*:

| Nos. 21-1604, 1632, 21-1700, 21-1701 | CITY OF CHICAGO, <br>  Plaintiff - Appellee <br> <br> v. <br> <br> MERRICK B. GARLAND, Attorney General of the United States, <br>  Defendant - Appellant |
|---|---|
| **Originating Case Information:** ||
| District Court Nos: 1:18-cv-06859 & 1:17-cv-05720 <br> Northern District of Illinois, Eastern Division ||

Upon consideration of the **JOINT MOTION TO VOLUNTARILY DISMISS APPEALS UNDER FEDERAL RULE OF APPELLATE PROCEDURE 42(b)**, filed on March 21, 2022, by counsel for the appellant,

**IT IS ORDERED** that appeal nos. 21-1604, 21-1632, 21-1700 & 21-1701 are voluntarily **DISMISSED** pursuant to Federal Rule of Appellate Procedure 42(b).