# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

April 25, 2022

*By the Court*:

| | |
|---|---|
| No. 21-2200 | CITY OF CHICAGO,<br>　　　　Plaintiff - Appellee<br><br>v.<br><br>MERRICK B. GARLAND, Attorney General of the United States,<br>　　　　Defendant - Appellant |
| **Originating Case Information:** ||
| District Court No: 1:18-cv-06859<br>Northern District of Illinois, Eastern Division<br>District Judge Harry D. Leinenweber ||

Upon consideration of the **MOTION TO VOLUNTARILY DISMISS APPEAL UNDER FEDERAL RULE OF APPELLATE PROCEDURE 42(b)**, filed on April 22, 2022, by counsel for the appellant,

**IT IS ORDERED** that this case is **DISMISSED**, pursuant to Federal Rule of Appellate Procedure 42(b).

CERTIFIED COPY
A True Copy
Teste:
Deputy Clerk
of the United States
Court of Appeals for the
Seventh Circuit

form name: **c7_FinalOrderWMandate**    (form ID: 137)